**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**EDWARD BISSAU MENDY**                                                **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO.: 3:25-cv-15-MPM-JMV**

**JOSHUA GRANT COPELAND, ET. AL.**                            **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the record of this action, the Court finds that the Report and Recommendation [Doc. 60] of the United States Magistrate Judge dated November 17, 2025, recommended dismissal of Defendant Adam Worner for failure to prosecute and failure to comply with an order of the Court; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated November 17, 2025, is hereby approved and adopted as the opinion of the Court;

2. That Defendant Adam Worner be dismissed with prejudice for failure to prosecute and failure to comply with an order of the Court.

**THIS**, the 3rd day of December, 2025.

                                                    /s/Michael P. Mills
                                                  UNITED STATES DISTRICT JUDGE
                                                  NORTHERN DISTRICT OF MISSISSIPPI