**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**EDWARD BISSAU MENDY**                                                                          **PLAINTIFF**

**v.**                                                                                         **CIVIL ACTION NO.: 3:25-cv-15-MPM-JMV**

**JOSHUA GRANT COPELAND, ET. AL.**                                                       **DEFENDANTS**

**ORDER GRANTING IN PART MOTION TO QUASH NOTICE OF DEPOSITION AND
FOR PROTECTIVE ORDER [DOC. 83] AND GRANTING IN PART MOTION TO
QUASH NOTICES OF DEPOSITION [DOC. 86]**

This matter is before the Court on Defendant The Progressive Corporation's ("Progressive") Motion to Quash Notice of Deposition and for Protective Order [Doc. 83], filed on January 28, 2026, and Defendants Joshua Grant Copeland and Leslie Transport's Motion to Quash Notices of Deposition [Doc. 86], filed on January 30, 2026.

According to the deposition notices, Leslie Transport, LLC and Joshua Grant Copeland's depositions are noticed for February 13 and 14, 2026, respectively ([Docs. 72; 73]), and Progressive Insurance Company's deposition is noticed for February 12, 2026 ([Doc. 74]). Due to the fast-approaching depositions, on January 29, 2026, the Court contacted Plaintiff via e-mail, with a copy to all counsel, and requested an expedited response to Progressive's motion to quash and for protective order [Doc. 83] by February 3, 2026. Then, on February 2, 2026, the Court contacted Plaintiff via e-mail, with a copy to all counsel, and requested an expedited response to Copeland and Leslie Transport's motion to quash [Doc. 86], also by February 2, 2026. Lastly, on February 4, 2026, after no response was received, the Court again contacted Plaintiff and extended the deadline for a response through February 6, 2026, at 12:00 p.m. central. No response was received.

Accordingly, the Court, having considered the good cause asserted for the motions and the fact that they are unopposed, finds that: Progressive's motion to quash [Doc. 83] the deposition noticed of Progressive [Doc. 74] shall be and is hereby summarily GRANTED (however, the portion of the motion requesting a protective order shall be denied inasmuch as no proposed protective order has been presented to the Court for its consideration); and Defendants Joshua Grant Copeland and Leslie Transport's motion to quash [Doc. 86] shall be and is hereby summarily GRANTED as to the depositions noticed of Leslie Transport, LLC [Doc. 72] and Joshua Grant Copeland [Doc. 73].

Should Defendant(s) desire to withdraw any of their notices of deposition as to Plaintiff,[1] a notice withdrawing said deposition notice must be promptly filed on the docket.

**SO ORDERED** this, the 6th day of February, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff's deposition was noticed for February 11, 2026, by Defendants Joshua Grant Copeland and Leslie Transport [Doc. 70], as well as by GEICO [Doc. 71].