**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**EDWARD BISSAU MENDY** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 3:25-cv-15-MPM-JMV**

**JOSHUA GRANT COPELAND, ET. AL.** **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY THROUGH THE COURT'S CM/ECF SYSTEM AND TO RECEIVE ELECTRONIC NOTICES**

This matter is before the Court on Plaintiff's Motion for Leave to File Electronically Through the Court's CM/ECF System and to Receive Electronic Notices [Doc. 199]. The pro se Plaintiff is already registered to receive electronic notice of filings by virtue of the Consent & Registration Form to Receive Documents Electronically that he executed on May 14, 2025, which was filed on the docket on May 21, 2025. [Doc. 18]. Plaintiff has since updated his e-mail address with the Court twice. *See* [Docs. 76, 121]. The Court, having considered the remainder of Plaintiff's request, which is for Plaintiff to be permitted to file electronically in contravention of the Court's Administrative Procedures for Electronic Case Filing, finds that the same should be denied for the reasons provided below.

Plaintiff's request is governed by this Court's Administrative Procedures for Electronic Case Filing. Pursuant to Section I., the Court's Case Management/Electronic Case Filing system (CM/ECF) "permits properly registered attorneys to file documents and to view and search court records twenty-four hours a day. **Non-attorneys and non-registered attorneys may "read only" documents in the system by utilizing the Public Access to Court Electronic Records (PACER) program.**" (emphasis added).

Further, Section I., B., provides as follows:

B) Participants in Electronic Filing

While all parties, including those proceeding pro se, may register with PACER to receive "read only" accounts, **only registered attorneys, as officers of the court, are permitted to file electronically.** Pro Se (Non-Prisoner) parties may consent to receive electronic notice of the filing of documents.

Administrative Procedures for Electronic Case Filing, Section I., B. (emphasis added).

In his motion, Plaintiff cites to Section I., A., which provides that the "procedures govern electronic filing in this district, unless, due to circumstances in a particular case, a judicial officer or the Clerk of the Court determines that these policies and procedures should be modified." Plaintiff argues that because he "possesses both legal training and practical, recent experience with electronic filing systems," the Court should find that the electronic filing procedures should be modified in this case. *See* [Doc. 200] at 2.

The Court does not find Plaintiff's argument to be persuasive. While it appears that the pro se Plaintiff was at one time a licensed attorney, he has not argued that he fits within the definition of those permitted to participate in electronic filing in this District. He has only argued that the Court should exercise its discretion and modify its procedures under Section I., A. The Court declines to open this proverbial can of worms and permit a pro se party who is not a registered attorney nor an officer of the Court, to file documents electronically in contravention of the Court's Administrative Procedures for Electronic Case Filing.

For the foregoing reasons, the Plaintiff's Motion for Leave to File Electronically Through the Court's CM/ECF System and to Receive Electronic Notices [Doc. 199] is DENIED IN PART. The portion of the motion requesting that the pro se Plaintiff be permitted to receive electronic notices is terminated as moot, as the pro se Plaintiff has executed the Consent & Registration Form

to Receive Documents Electronically [Doc. 18], and thus, has been receiving notices of electronic filings since May 2025.[1]

**SO ORDERED**, this the 17th day of November, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

[1] On April 17, 2026, Plaintiff filed a Notice of Email Address Change, wherein he clarified that "his primary email for notice, service and all important correspondence is ebmendy@me.com." [Doc. 121]. Accordingly, that is the email address where all notices are electronically mailed to.